

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| PATRICK WOODYARD, | § | No. 08-19-00252-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court |
| CAROL WOODYARD as Independent Executor of the ESTATE OF KENNETH EUGENE WOODYARD, Deceased, | § § | of Burnet County, Texas[1] (TC# P10775) |
| Appellee. | § | |

## **MEMORANDUM OPINION**

Appellant Patrick Woodyard has filed an unopposed motion for voluntary dismissal of this appeal. *See* TEX.R.APP. P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs of appeal are assessed against Appellant. *See* TEX.R.APP. P. 42.1(d).


GINA M. PALAFOX, Justice

January 29, 2020

Before Alley, C.J., Rodriguez, and Palafox, JJ.

---

[1] We hear this case on transfer from the Third Court of Appeals in Austin. *See* TEX.R.APP.P. 41.3.